## THIRD DISTRICT.

**Marie Quell, appellee, v. John Jachino, appellant. Gen. No. 9,124.**

Heard in this court at the April term, 1938. Opinion filed October 14, 1938.

Dryer, Brown & Poos and Harry C. Miller, for appellant. Lester K. Vandever, for appellee.

Mr. Justice Hayes delivered the opinion of the court.

**Floyd E. Madden, administrator of estate of Helen M. Fear, deceased, appellant, v. W. H. Sampson, administrator, and Maude S. Brown, administratrix of estate of Charles W. Sampson, deceased, appellees. Gen. No. 9,122.**

Heard in this court at the April term, 1938. Opinion filed October 14, 1938.

Ferguson & Ferguson, for appellant. Craig & Craig, for appellees.

Mr. Justice Riess delivered the opinion of the court.

## FOURTH DISTRICT.

**People of the State of Illinois for use of R. D. Shepherd, conservator of estate of Meli Tomlonovich, incompetent, appellee, v. Marko Prpich et al., defendants. Appeal of T. I. Galloway, appellant.**

Heard in this court at the October term, 1937. Opinion filed November 7, 1938. Rehearing denied December 12, 1938.

T. J. Galloway, *pro se*, and D. F. Moore, for appellant. Roy C. Martin and Moses Pulverman, for appellee.

Mr. Presiding Justice Murphy delivered the opinion of the court.